IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Milton Kenneth

Printed:  10/9/07

Case Number:  06 B 06168
Judge:  Squires, John H
Filed:  5/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  September 20, 2007
Confirmed:  August 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,473.43 |  |
| Secured: |  | 1,000.00 |
| Unsecured: |  | 7,466.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,289.00 |
| Trustee Fee: |  | 509.60 |
| Other Funds: |  | 2,208.57 |
| Totals: | 12,473.43 | 12,473.43 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,289.00 | 1,289.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 1,000.00 | 1,000.00 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 6,302.36 | 5,566.36 |
| 6. | B-Line LLC | Unsecured | 1,899.90 | 1,899.90 |
| 7. | First Resolution Investment Corp | Unsecured | 5,777.32 | 0.00 |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
| 9. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 10. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 11. | Household Credit Services | Unsecured |  | No Claim Filed |
| 12. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 13. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 14. | City Of North Riverside | Unsecured |  | No Claim Filed |
| 15. | Providian Financial | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 17. | Providian Bank | Unsecured |  | No Claim Filed |
| 18. | Willie Thomas | Unsecured |  | No Claim Filed |
| 19. | City of Berwyn | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 22. | Sherman Acquisition | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,268.58 | $ 9,755.26 |

92

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Milton Kenneth

Printed:  10/9/07

Case Number:  06 B 06168

Judge:  Squires, John H

Filed:  5/30/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 357.66 |
| 5.4% | 151.94 |
| | _____ |
| | $ 509.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

Denise Ashley